# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126544

MATTHEW BARRETT,
       Plaintiff-Appellee,

v

MT. BRIGHTON, INC.,
       Defendant-Appellant.

_____

SC: 126544
COA: 222777
Livingston CC: 97-016219-NO

## AMENDMENT TO ORDER

On order of the Court, the order of March 24, 2006 is amended to correct a clerical error in the identification of the trial Court. Where the order refers to the trial court, the phrase "Wayne Circuit Court" is replaced by the phrase "Livingston Circuit Court."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk